No. 24-5029

# United States Court of Appeals
FOR THE NINTH CIRCUIT

J.A.M., A MINOR CHILD; O.A.M., A MINOR CHILD; AND THELMA MEDINA NAVARRO,
THEIR MOTHER,
PLAINTIFFS-APPELLEES

*v.*

UNITED STATES OF AMERICA, ET AL
DEFENDANTS-APPELLANTS

*On Appeal from the United States District Court
for the Southern District of California
22CV0380-GPC-BGS*

### MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b) Appellant United States of America moves the Court for an order dismissing the above-captioned appeal. The reasons are set forth in the attached declaration.

TARA K. MCGRATH
*United States Attorney*

KATHERINE L. PARKER
*Assistant U.S. Attorney
Chief, Appellate Section*

STEPHANIE SOTOMAYOR
*Assistant U.S. Attorney*

*880 Front St., Rm. 6293
San Diego, CA 92101
(619) 546-9590*

OCTOBER 2, 2024

1

## DECLARATION

I, Stephanie Sotomayor, declare as follows:

1. I am an Assistant United States Attorney for the Southern District of California.

2. On August 15, 2024, a Notice of Appeal was filed by the United States under 28 U.S.C. § 1291 from the judgment entered on June 21, 2024.

3. After consultation with the Solicitor General, the United States has decided not to pursue the appeal in the above-captioned case.

4. Accordingly, the United States respectfully moves the Court for an order dismissing this appeal pursuant to Rule 42(b), Federal Rules of Appellate Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

S/STEPHANIE SOTOMAYOR
*Assistant U.S. Attorney*

OCTOBER 2, 2024.